

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00366-CR

| | | |
|---|---|---|
| Roger Eugene Fain | § | From the 372nd District Court |
| | § | of Tarrant County (1023944D) |
| v. | § | December 4, 2014 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part. We affirm the trial court's order as to the blood on the Bic pen and in the closet. We reverse the trial court's order as to the hairs in Donahew's hands, the pubic hair, blood on the bathroom faucet, Donahew's fingernail clippings, male DNA discovered on the bra and shirt Donahew wore on the day of her death, and the knife. We remand this case to the trial court for further proceedings in accordance with this opinion.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot